EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2004 TSPR 146 |
|---|---|
| Edwin H. Sepúlveda | 162 DPR _____ |

Número del Caso: TS-6638

Fecha: 3 de septiembre de 2004

Oficina del Procurador General:

Lcda. Cynthia Iglesias Quiñones
Procuradora General Auxiliar

Abogado del Querellado:

Por Derecho Propio

Materia: Solicitud de Reinstalación

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Edwin H. Sepúlveda

                         TS-6638


Sala de Verano integrada por el Juez Asociado señor Rebollo López, como su Presidente, los Jueces Asociados señores Corrada del Río y Rivera Pérez, y las Juezas Asociadas señora Fiol Matta y Rodríguez Rodríguez

RESOLUCIÓN

San Juan, Puerto Rico, a 3 de septiembre de 2004


Mediante Opinión Per Curiam, el 27 de septiembre de 2001, notificada el 16 de octubre de 2001, suspendimos al licenciado Edwin H. Sepúlveda Valentín del ejercicio de la profesión de abogado por un período de dos (2) meses, término que ha transcurrido. El señor Edwin H. Sepúlveda ha solicitado reinstalación al ejercicio de la abogacía.

Coetáneo a su solicitud de reinstalación, se recibieron en este Tribunal varias quejas en contra de Sepúlveda. Eventualmente, referimos las mismas al Procurador General para que evaluara las quejas y nos informara.

El Procurador General sometió su informe y a petición nuestra, sometió un Informe Suplementario. Del Informe Suplementario surge que el señor Sepúlveda Valentín, con posterioridad a haber sido suspendido, llevó a cabo unas gestiones, como abogado, a favor de una persona que fue su "cliente". Ello, en clara violación a la orden de este Tribunal.

En su escrito en contestación al Informe Suplementario del Procurador General, el señor Sepúlveda Valentín aceptó, entre otras cosas, haber incumplido con la orden de este Tribunal, suspendiéndolo de la práctica de la abogacía. En dicho escrito además, Sepúlveda Valentín renunció expresamente a cualquier vista evidenciaria que pudiera celebrarse sobre su reinstalación y dejó sometido este asunto ante nuestra consideración.

Visto el expediente completo de este asunto, los informes presentados por el Procurador General, las mociones de Sepúlveda Valentín, así como las cartas en apoyo a la reinstalación y moción en apoyo a la reinstalación, concluimos que el señor Valentín incumplió con la orden de este Tribunal separándolo del ejercicio de la profesión, y ejerció como abogado a favor de una persona que había sido su "cliente".

En reiteradas ocasiones hemos resuelto que los miembros de la clase togada le deben una escrupulosa atención y obediencia a las órdenes de este Tribunal, particularmente cuando de su conducta se trata. In re: Félix Rivera Román, res. 29 de octubre de 2002, 2002 JTS 150; In re: Pagán Ayala, 130 D.P.R. 678 (1992); In re: Colón Torres, 129 D.P.R. 490 (1991).

En el asunto ante nuestra consideración, el señor Sepúlveda Valentín desatendió crasamente nuestra determinación de suspenderlo del ejercicio de la profesión y llevó a cabo gestiones para "un cliente" luego de haber sido separado de la profesión. Es decir, el señor Sepúlveda Valentín pretendió ejercer la práctica de la abogacía cuando no estaba autorizado a ello. Canon 33 del Código de Ética Profesional, 4 L.P.R.A. Ap IX C33. Esta actuación antiética del señor Sepúlveda Valentín, es censurable y merece nuestro repudio.

En vista de lo anterior, le imponemos al señor Sepúlveda como sanción la suspensión del ejercicio de la abogacía por un período de dos (2) años. Habida cuenta del tiempo en que ha estado suspendido el señor Sepúlveda Valentín, el mismo se le acredita a la sanción impuesta y se da ésta por cumplida. Se autoriza entonces la reinstalación del licenciado Sepúlveda Valentín al ejercicio de la práctica de la abogacía.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no interviene.


                              Patricia Otón Olivieri
                          Secretaria del Tribunal Supremo